SOLOMON WOLLACK
Attorney at Law
P.O. Box 23316
Pleasant Hill, CA 94523
(925) 671-2501

Specially Appearing for Petitioner
Bobby Antoine McKenzie

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY ANTOINE MCKENZIE,<br><br>            Petitioner,<br><br>      vs.<br><br>LYDIA C. HENSE, Warden<br>of Kern Valley State Prison, Solano, at<br>Delano, California.<br><br>            Respondent. | CV No. 08   3512<br><br>REQUEST FOR APPOINTMENT OF COUNSEL IN CONNECTION WITH PETITION FOR WRIT OF HABEAS CORPUS<br><br>(18 U.S.C. § 2254) |

Petitioner hereby requests that the court appoint counsel to represent him in this matter. The interests of justice would be served by this appointment. The petitioner does not have the financial resources to retain counsel as he is presently in custody.

DATED: July 11, 2008

Respectfully submitted,

**ORIGINAL**

Bobby Antoine McKenzie
In Propria Persona