**E-FILED on** 11/19/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBY MCKENZIE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LYDIA C. HENSE, Warden,<br><br>　　　　Respondent. | No. C-08-03512 RMW<br><br>ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS<br>**[Re Docket No. 5]** |

Respondent moves for an extension of time of 60 days to be granted in which to file his answer to the Order to Show Cause in the above titled case. Petitioner's counsel has indicated that he has no objections to this extension request. Good cause appearing, it is hereby ordered that the time within which to file respondent's response be extended 60 days to and including January 29, 2010. Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response.

DATED:  11/19/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Solomon Robert Wollack      sol@wollack.com

**Counsel for Respondent:**

Christopher Joseph Wei      christopher.wei@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      11/19/09                              CCL
                                        **Chambers of Judge Whyte**

ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS—No. C-08-03512 RMW
CCL                                                  2