IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY McKENZIE,** | Case No. CV 08-03512 RMW |
| Petitioner, | **ORDER** |
| v. | |
| **LYDIA C. HENSE, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's response be extended 60 days to and including March 30, 2010. Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response.

Dated: January 20, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte