**E-FILED on** 3/31/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOBBY ANTOINE MCKENZIE,<br><br>  Petitioner,<br><br>  v.<br><br>LYDIA C. HENSE, Warden,<br><br>  Respondent. | No. C-08-03512 RMW<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>**[Re Docket No. 9]** |

On March 30, 2010, the court received notice that petitioner Bobby Antoine McKenzie has recently passed away while in state prison. Accordingly, the court hereby dismisses the petition for writ of habeas corpus as moot.

DATED:   3/31/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS—No. C-08-03512 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Solomon Robert Wollack     sol@wollack.com

**Counsel for Respondent:**

Christopher Joseph Wei     christopher.wei@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     3/31/10

CCL
**Chambers of Judge Whyte**